UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVA MIKEL, | CASE NO. C05-1059-TSZ |
| Plaintiff, | |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER OF REMAND |
| Defendant. | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation subject to the following modifications. The Report and Recommendation states that the Ninth Circuit withdrew Edlund v. Massanari, 253 F.3d 1152 (9th Cir. 2001), and substituted an unpublished opinion in its place. Report and Recommendation, docket no. 18, at 13. This is incorrect. Upon rehearing, the Ninth Circuit substituted the amended opinion of Edlund v. Massanari, no. 99-35555, 2001 U.S. App. LEXIS 17960 (9th Cir. Aug. 9, 2001) for its original opinion. The amended opinion remains valid as a published, precedential opinion and continues to be cited as precedent by the Ninth Circuit Court of Appeals. See, e.g., Warre v. Comm'r. of Social

ORDER OF REMAND
PAGE -1

Security Admin., 439 F.3d 1001, 1007 (9th Cir. 2006); Connett v. Barnhart, 340 F.3d 871, 873 (9th Cir. 2003); Frost v. Barnhart, 314 F.3d 359, 367 (9th Cir. 2002).

Although Edlund v. Massanari is valid precedent in the Ninth Circuit, it does not affect the validity of the Report and Recommendation. In Edlund, vocational expert testimony that did not take a claimant's mental impairment into account was held invalid. 253 F.3d at 1159-60. Edlund requires that vocational expert testimony, if used, reflect a claimant's mental impairment. It does not require that vocational expert testimony be used in all cases where a claimant has a mental impairment.

(2)   The Court orders REMAND of the case for further administrative proceedings as described in the Report and Recommendation; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 2nd day of May, 2006.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER OF REMAND
PAGE -2